**UNITES STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **O. AHLBORG & SONS, INC.** | : | CA 06 151T |
| **vs.** | : | **C.A. No.** |
| **JEFFREY R. SANDERS, DAVID F. SANDERS and RAYMOND J. SANDERS** | : | |

**NOTICE OF REMOVAL**

Now come the Defendants, Jeffrey R. Sanders, David F. Sanders and Raymond J. Sanders (hereinafter "Sanders"), and hereby file a Notice of Removal to the United States District Court for the District of Rhode Island, pursuant to 28 USC §1441(a) and incompliance with 28 USC §1446(a). Sanders set forth the following statement as grounds for removal of the State Court action known as ***O. Aholborg & Sons, Inc. vs. Jeffrey R. Sanders, David F. Sanders and Raymond J. Sanders***, Providence County Superior C.A. No. 06-1360, to this Court as follows:

**Jurisdiction and Grounds for Removal**

1. The jurisdiction is appropriate in this Court pursuant to 28 USC §1332(a) as the Plaintiff, O. Ahlborg & Sons, Inc. (hereinafter "Ahlborg"), is a Rhode Island corporation, with its principal place of business in Cranston, Rhode Island and the Defendants, Jeffrey R. Sanders and David F. Sanders are the residents of the County of Bristol, Massachusetts and Raymond J. Sanders is a resident of the County of Carroll, New Hampshire. Therefore, there is diversity of citizenship between the Plaintiffs and Sanders.

2. Venue is appropriate in this jurisdiction, as the claim as alleged by Ahlborg arose from the project located in Newport, Rhode Island and owned by the United States Navy.

3. The amount claimed by Ahlborg against Sanders exceeds $75,000, exclusive of interest and cost.

4. Pursuant to 28 USC §1441(a), any civil action brought in a State Court for which the District Court of the United States has original jurisdiction may be removed by the Defendants in the District and State where the action is first filed.

5. Sanders seek to remove the State Court action filed against them to the Federal Court based upon diversity and amount in controversy between the parties.

6. In compliance with the local Rule of Federal Civil Procedure, Rule 36(b), Sanders also caused to be filed the following: (1) a copy of the Petition filed by the Plaintiff in the Rhode Island Superior Court, Providence County; (2) a copy of the Notice of Removal filed by Sanders in the Superior Court, Providence County; (3) an attested copy of the State Court Docket Sheet; and (4) an attested copy of every document in the State Court record as filed by parties to the pending action.

Sanders respectfully request that the Court accept jurisdiction over this matter and adjudicated it to a resolution on its merits.

Respectfully submitted,

Defendants
By their attorney,

Joseph J. Reale, Jr.-RI Bar# 3158
Joseph J. Reale, Jr., Ltd.
30 Kennedy Plaza, Suite 400
Providence, RI 02903
Tel: (401) 453-9900
Fax: (401) 453-9917

Dated: April 3, 2006

**CERTIFICATION**

To:
John E. Bulman, Esq.
Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903

I hereby certify I caused to be served on the above-named counsel of record a true copy of the within Notice of Removal on April 3, 2006.

Marianne C. Martin