**UNITES STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **O. AHLBORG & SONS, INC.** | : | |
| | : | |
| **vs.** | : | **C.A. No.** |
| | : | |
| **JEFFREY R. SANDERS, DAVID F. SANDERS and RAYMOND J. SANDERS** | : | |

**AFFIDAVIT**

I, Joseph J. Reale, Jr., do upon oath make affidavit and state that:

1. I am an attorney of record for the Defendants, Jeffrey R. Sanders, David F. Sanders and Raymond J. Sanders (hereinafter "Sanders") in this pending matter which has been removed to this Court pursuant to 28 USC §1441(a).

2. The removal has been made based upon diversity of citizenship and amount in controversy pursuant to 28 USC §1332(a)(1).

3. Pursuant to Local Rule of Civil Procedure 36, the Plaintiff has caused to be filed a bond in the amount of $500 as required by 28 USC §1446(d).

4. Sanders have also caused to be filed a certified and attested to State Court Proceedings and Records, including the Court Docket entry and the Notice of Removal filed by Sanders in the State Court.

Joseph J. Reale, Jr. – RI Bar #3158
Joseph J. Reale, Jr., Ltd.
30 Kennedy Plaza, Suite 400
Providence, RI 02903
Tel: (401) 453-9900
Fax: (401) 453-9917

Dated: April 3, 2006

**CERTIFICATION**

To:
John E. Bulman, Esq.
Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903

I hereby certify I caused to be served on the above-named counsel of record a true copy of the within Affidavit on April 3, 2006.

Marianne C. Martin