April 11, 2006

TO WHOM IT MAY CONCERN:

*This is to Certify:* That Raymond J Sanders

residing at 88 Frederick St. in the City of East Providence, County of Providence and State of Rhode Island is a legal voter and resident in said City, County and State.

ATTEST

Maryann K Callahan

Clerk

CANVASSING AUTHORITY

Reg. as of 7-6-95