STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
*Office of the Secretary of State*

**Matthew A. Brown**
*Secretary of State*

Date: **April 10, 2006**

**R.J. Sanders, Inc.**
**(Statement of Change of Registered Agent - 1 Page)**

A TRUE COPY WITNESSED UNDER THE SEAL OF THE STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Matthew Brown
Secretary of State

By Debra Antonelli

Filing Fee: $20.00

ID Number: 104447

# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Office of the Secretary of State
Corporations Division
148 W. River Street
Providence, Rhode Island 02904-2615

## BUSINESS CORPORATION

## STATEMENT OF CHANGE OF REGISTERED AGENT BY THE CORPORATION

Pursuant to the provisions of Sections 7-1.2-502 or 7-1.2-1409 of the General Laws of Rhode Island, 1956, as amended, the undersigned corporation submits the following statement for the purpose of changing its registered agent and its registered office in the state of Rhode Island:

1. The name of the corporation is R. J. SANDERS, INC
2. The address of the registered office as PRESENTLY shown in the corporate records on file with the Rhode Island Secretary of State is: 137 CHILD ST WARREN, RI 02885
3. The address of the NEW registered office is: 88 FREDERICK ST RUMFORD, RI 02916
4. The name of the registered agent as PRESENTLY shown in the corporate records on file with the Rhode Island Secretary of State is: DAVID F. SANDERS
5. The name of the NEW registered agent is: RAYMOND J. SANDERS
6. The appointment of a new registered agent and the new registered office, as the case may be, shall become effective upon the filing of this statement, or on ______________
   *(a date not prior to, nor more than 30 days after, filing this statement)*

06 FEB -6 PM 3:21

Under penalty of perjury, I declare and affirm that I have examined this Statement of Change of Registered Agent by the Corporation, including any accompanying attachments, and that all statements contained herein are true and correct.

Date: 2/3/06

[signature]
Signature of Authorized Officer of the Corporation

DAVID F. SANDERS SECRETARY
Type or Print Name of Authorized Officer

FILED
FEB 06 2006
By [signature] 89389

Form No. 640
Revised: 12/05