001667 BK2207PG061

# Assignment of Real Estate Mortgage

CMC# 1342341 INV#

CITIZENS MORTGAGE CORPORATION, a Rhode Island Corporation having its principal place of business at 10 Tripps Lane, Riverside, RI 02915, successor by merger to Citizens Mortgage Corporation a Georgia corporation, having its principal place of business at 900 Circle 75 Parkway, Suite 1500, Atlanta, GA

Assignee and present holder of a real estate mortgage

from RAYMOND J. SANDERS & CAROLYN R. SANDERS

to Citizens Mortgage Corporation, 10 Tripps Lane, Riverside RI 02915

dated 08/14/03

recorded with EAST PROVIDENCE LAND EVIDENCE RECORDS

BOOK # 2079 PAGE# 218 Instrument No. assigns said mortgage and note and claim secured thereby to:

2004 FEB 25 AM 11:14
EAST PROVIDENCE, R.I.
VALERIE A. PERRY
CITY CLERK

RCR.

HSBC MORTGAGE CORPORATION (USA)
2929 WALDEN AVENUE
DEPEW, NY 14043

Executed and Sealed this 10th day of September 2003.

Witness

Witness

CITIZENS MORTGAGE CORPORATION

By:

Diane L. Plante
Officer, Duly Authorized

Property Address: 88 FREDERICK STREET, EAST PROVIDENCE, RI 02914

State of New Hampshire}
County of Hillsborough } ss

September 10, 2003

Then personally appeared the above-named Diane L. Plante and acknowledged the foregoing instrument to be the free act and deed of Citizens Mortgage Corporation before me.

Notary Public

DAWN E. SHEARER
MY COMMISSION EXPIRES MAY 9, 2006
NOTARY PUBLIC
NEW HAMPSHIRE

After Recording, Return to:
Citizens Mortgage Corporation
875 Elm Street
Manchester, NH 03101

A certified true copy APR 07 2006 Date
Attest: Dana L. Toy

City Clerk of East Providence, Rhode Island