015697 BK 2139 PG 190

WARRANTY DEED

KNOW ALL MEN BY THESE PRESENTS THAT we, RAYMOND J. SANDERS and CAROLYN R. SANDERS, both of East Providence, County of Providence, and State of Rhode Island, husband and wife, Tenants by the Entirety, for ONE DOLLAR ($1.00) to us in hand, before the delivery hereof, well and truly paid by RAYMOND J. SANDERS and CAROLYN R. SANDERS, both of the City of East Providence, County of Providence, and State of Rhode Island, Trustees under Agreement of Trust dated June 15, 1993, the receipt whereof we do hereby acknowledge, grant to the aforesaid Trustees, their successors and assigns, with WARRANTY COVENANTS:

That certain lot or parcel of land with all the buildings and improvements thereon, situated on the southwesterly side of Frederick Street in the City of East Providence, County of Providence, State of Rhode Island and shown as Lot No. 1 (one) on that plan of land entitled: "Final Plan Minor Subdivision prepared for Russell Rivard Frederick St. & Edward Ave. Rumford,R. I., Caputo and Wick Ltd. 1150 Pawtucket Ave. Rumford, RI 02915, Date 9/22/99", as recorded January 18, 2000 with the East Providence Land Evidence Records on Plat Card 431.

The consideration is such that no documentary stamps are required.

We, RAYMOND J. SANDERS AND CAROLYN R. SANDERS, do hereby covenant that we are residents of Rhode Island in compliance with R.I.G.L. 44-30-71.3, and we certify that we have complied with R.I.G.L. 23-28.35-1.

IN WITNESS WHEREOF we have hereunto set our hands and seals this 28 day of OCT., 2003.

Raymond J. Sanders
RAYMOND J. SANDERS

Carolyn R. Sanders
CAROLYN R. SANDERS

STATE OF RHODE ISLAND
County of Providence

Personally appeared the above-named RAYMOND J. SANDERS and CAROLYN R. SANDERS, and acknowledged the foregoing to be their

A certified true copy APR 07 2006 Date
Attest: Dana L. Toy
City Clerk of East Providence, Rhode Island

voluntary act and deed before me this 28th day of October, 2003.

My Commission Expires
June 19, 2005

Raymond J. McMahon
NOTARY PUBLIC
Raymond J. McMahon

Raymond J. & Carolyn R. Sanders
88 Frederick Street
East Providence, RI 02915

RCR.

2003 OCT 31 AM 10: 05
EAST PROVIDENCE, R.I.
VALERIE A. PERRY
CITY CLERK