015696

BK2139PG187

AFFIDAVIT OF TRUST
UNDER R.I.G.L. 34-4-27

Now comes the undersigned, RAYMOND J. SANDERS and CAROLYN R. SANDERS, of East Providence, Rhode Island, upon oath and depose as follows:

1. The name of the Trust is SANDERS FAMILY TRUST. The names of the settlors are RAYMOND J. SANDERS and CAROLYN R. SANDERS. The Trustees are RAYMOND J. SANDERS and CAROLYN R. SANDERS.

2. The Trust has not been amended or restated.

3. The Trustees have the power to perform discretionary acts as Trustees without the consent, concurrence or direction of the beneficiaries of the Trust.

4. The Trustees have authority to convey, mortgage, lease, grant restrictions or easements or any other interest in real estate pursuant to the provisions of Paragraph "TWELFTH" of said Trust which incorporates by reference the powers and duties accorded Trustees under the Powers of Fiduciaries Act, Section 18-4-1 through 25 of the State of Rhode Island General Laws.

5. There are no terms or conditions of this Trust which derogate from the power of the Trustees to convey, mortgage, lease or grant restrictions or easements or any other interest in real estate.

6. The Trust has not been revoked or otherwise terminated and is presently in full force and effect.

7. Upon the death, resignation or inability to serve of either of the Settlors, their children, JEFFREY SANDERS, DAVID SANDERS and CAROLYN R. CETENICH, are appointed successor Trustees.

A certified true copy APR 07 2006 Date
Attest: Dana L. Toy
City Clerk of East Providence, Rhode Island

8. Upon the decease of the first Settlor to die, the right of revocation shall expire.

WITNESS our hands and seals this 28 day of Oct., 2003.

Raymond J. Sanders
RAYMOND J. SANDERS

Carolyn R. Sanders
CAROLYN R. SANDERS

STATE OF RHODE ISLAND
County of Providence

In Providence on the 28th day of October, 2003, before me personally appeared the within named RAYMOND J. SANDERS and CAROLYN R. SANDERS, to me known and known to me to be the persons executing the foregoing instrument and they acknowledged said instrument by them so executed, to be their free act and deed.

My Commission Expires
June 19, 2005

Raymond J. McMahon
NOTARY PUBLIC
Raymond J. McMahon

BK 2139 PG 189

*EXHIBIT "A"

"ELEVENTH: Unless sooner terminated in accordance with other provisions of this agreement, each trust created hereunder shall terminate twenty-one (21) years after the death of the Settlors and those of their issue who are living on the date any trust established herein becomes irrevocable.

"***."

"TWELFTH: ***. In the administration of the Trust Estate, the Trustees and their sucessors shall have the powers and duties accorded trustees under the Powers of Fiduciaries Act, R. I. General Laws, Section 18-4-1 through 25 of the State of Rhode Island, the provisions of which are hereby incorporated with the same effect as though the language were set forth verbatim, all of which powers and duties shall be exercised in a fiduciary capacity, primarily in the interest of the beneficiaries."

"THIRTEENTH: ***. Upon the decease of the first Settlor to die, the right of revocation shall expire."

* The above are excerpts from the Declaration of Trust.

RCR.

2003 OCT 31 AM 10: 02
EAST PROVIDENCE, R.I.
VALERIE A. PERRY
CITY CLERK