**City of East Providence**
**Department of Finance**
**145 Taunton Avenue**
**East Providence, RI 02914**

**Assessment Division**

Date: April 7, 2006

To whom it may concern:

According to our records, as of **April 7, 2006** the property located at **88 FREDERICK ST** is owned by: **SANDERS, RAYMOND J & CAROLYN TR UNDER AGREEMENT** The property is also known as Map: **303** Block: **08** Parcel: **006.10**

The assessment as of December 31, 2005 was:

| | | |
|---|---|---|
| Land: | $ | **70,700** |
| Building: | $ | **226,600** |
| Total: | $ | 297,300 |

Legal use questions should be referred to the Building Inspector's Office at 435-7722.
Current, and past, tax bill questions should be referred to the Treasury Division at 435-7544.

Signed: Christine Souza

ASSESSMENT DIVISION
APR 07 2006
CITY OF EAST PROVIDENCE



PHONE: (401) 435-7574
FAX: (401) 435-1915
TDD: (401) 435-1633