**Property Location:** 88 FREDERICK ST | **MAP ID:** 303/ 08/ 006/ 10/ | **Bldg Name:** | **State Use:** 1010
**Vision ID:** 15967 | **Account #** 19-0417-01 | **Bldg #:** 1 of 1 | **Sec #:** 1 of 1 | **Card** 1 of 1 | **Print Date:** 04/07/2006 15:54

**CURRENT OWNER**
SANDERS, RAYMOND J &
CAROLYN R TR UNDER AGREEMEN
88 FREDERICK ST
OF TRUST 6/15/93
E PROVIDENCE, RI 02916
Additional Owners:

| TOPO. | UTILITIES | STRT./ROAD | LOCATION |
|---|---|---|---|
| 1 Level | 1 All Public | 1 Paved | |

**SUPPLEMENTAL DATA**
Other ID: 303-08-006.10
STATE CODE 13
CENSUS TRAC
GIS ID: 30308006.10
ASSOC PID#

**CURRENT ASSESSMENT**

| Description | Code | Appraised Value | Assessed Value |
|---|---|---|---|
| RES LND | 0100 | 70,700 | 70,700 |
| RESIDNTL | 0100 | 219,000 | 219,000 |
| RESIDNTL | 0100 | 7,600 | 7,600 |
| Total | | 297,300 | 297,300 |

5405
East Providence, RI

VISION

**RECORD OF OWNERSHIP**

| Owner | BK-VOL/PAGE | SALE DATE | q/u | v/i | SALE PRICE | V.C. |
|---|---|---|---|---|---|---|
| SANDERS, RAYMOND J & | 2139/0190 | 10/31/2003 | U | | 0 | 02 |
| SANDERS, RAYMOND J & | 2079/0216 | 08/15/2003 | U | I | 135,000 | 48 |
| RIVARD, RUSSELL L | 1705/0237 | 01/02/2002 | Q | | 75,000 | 01 |
| PAINE, MARY A | | 01/18/2000 | U | | | |

**PREVIOUS ASSESSMENTS (HISTORY)**

| Yr. | Code | Assessed Value | Yr. | Code | Assessed Value | Yr. | Code | Assessed Value |
|---|---|---|---|---|---|---|---|---|
| 2005 | 0100 | 70,700 | 2004 | 0100 | 70,700 | 2003 | BLD | 0 |
| 2005 | 0100 | 219,000 | 2004 | 0100 | 219,000 | 2003 | LND | 36,500 |
| 2005 | 0100 | 7,600 | 2004 | 0100 | 7,600 | | | |
| | Total: | 297,300 | | Total: | 297,300 | | Total: | 36,500 |

**EXEMPTIONS**

| Year | Type | Description | Amount |
|---|---|---|---|
| | | Total: | |

**OTHER ASSESSMENTS**

| Code | Description | Number | Amount | Comm. Int. |
|---|---|---|---|---|

This signature acknowledges a visit by a Data Collector or Assessor

**APPRAISED VALUE SUMMARY**

| | |
|---|---|
| Appraised Bldg. Value (Card) | 219,000 |
| Appraised XF (B) Value (Bldg) | 0 |
| Appraised OB (L) Value (Bldg) | 7,600 |
| Appraised Land Value (Bldg) | 70,700 |
| Special Land Value | 0 |
| Total Appraised Parcel Value | 297,300 |
| Valuation Method: | C |
| Adjustment: | 0 |
| Net Total Appraised Parcel Value | 297,300 |

**ASSESSING NEIGHBORHOOD**

| NBHD/ SUB | NBHD NAME | STREET INDEX NAME | TRACING | BATCH |
|---|---|---|---|---|
| 400/A | | | | |

**NOTES**
GRAY
EA
NEW PARCEL CREATED FROM 3
PL CD 431 LOT 1
VALUE REDUCED 20% TO REFL
75000 FOR 21 LOTS 1/2/02
12/02/2002 remove 20% lan
pulled 11/26/2002 for sin

**BUILDING PERMIT RECORD**

| Permit ID | Issue Date | Type | Description | Amount | Insp. Date | % Comp. | Date Comp. | Comments |
|---|---|---|---|---|---|---|---|---|
| A22261 | 04/10/2003 | | FHW BOILER, A/C | 3,000 | | 100 | 07/10/2003 | FHW BOILER, A/C |
| A22145 | 03/27/2003 | | NEW 1-F ELECTRIC | 4,800 | | 100 | 07/10/2003 | NEW 1-F ELECTRIC |
| A22056 | 03/17/2003 | | NEW 1-F PLUMBING | 1,500 | | 100 | 07/10/2003 | NEW 1-F PLUMBING |
| A21641 | 12/12/2002 | | SEWER TIE IN | 480 | | 100 | 07/10/2003 | SEWER TIE IN |
| A21560 | 11/26/2002 | | NEW 1-F DWELLING | 76,755 | | 100 | 07/10/2003 | NEW 1-F DWELLING |

**VISIT/ CHANGE HISTORY**

| Date | Type | IS | ID | Cd. | Purpose/Result |
|---|---|---|---|---|---|
| 3/9/2004 | | | DD | 40 | No change |
| 1/9/2004 | | | TV | 14 | Review |
| 7/10/2003 | | | MRM | 14 | Review |
| 11/29/2000 | | | MRM | 51 | Price |

**LAND LINE VALUATION SECTION**

| B# | Use Code | Description | Zone | D | Frontage | Depth | Units | | Unit Price | I. Factor | S.A. | S.O. | C. Factor | ST. Idx | Adj. | Notes- Adj | Special Pricing | Adj. Unit Price | Land Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1010 | SINGLE FAM MDL-( | R3 | | | | 7,500 | SF | 7.47 | 1.00 | 5 | | 1.00 | 400 | 1.25 | | | 9.34 | 70,100 |
| 1 | 1010 | SINGLE FAM MDL-( | R3 | | | | 446 | SF | 1.00 | 1.00 | 0 | 0 | 1.00 | 400 | 1.25 | | | 1.25 | 600 |

Total Card Land Units: 7,946 SF | Parcel Total Land Area: 7,946 SF | Total Land Value: 70,700

***Property Location:*** **88 FREDERICK ST** ***MAP ID:*** **303/ 08/ 006/ 10/** ***Bldg Name:*** ***State Use:*** **1010**

***Vision ID:*** **15967** ***Account #*** **19-0417-01** ***Bldg #:*** **1 of 1** ***Sec #:*** **1 of 1** ***Card*** **1 of 1** ***Print Date:*** **04/07/2006 15:54**

### CONSTRUCTION DETAIL

| Element | Cd. | Ch. | Description |
|---|---|---|---|
| Style | 01 | | Ranch |
| Model | 01 | | Residential |
| Grade | 03 | | Average |
| Stories | 1 | | |
| Occupancy | 1 | | |
| Exterior Wall 1 | 25 | | Vinyl Siding |
| Exterior Wall 2 | 14 | | Wood Shingle |
| Roof Structure | 03 | | Gable/Hip |
| Roof Cover | 03 | | Asph/F Gls/Cmp |
| Interior Wall 1 | 05 | | Drywall/Sheet |
| Interior Wall 2 | | | |
| Interior Flr 1 | 14 | | Carpet |
| Interior Flr 2 | | | |
| Heat Fuel | 03 | | Gas |
| Heat Type | 05 | | Hot Water |
| AC Type | 03 | | Central |
| Total Bedrooms | 2 | | |
| Total Bthrms | 2 | | |
| Total Half Baths | 0 | | |
| Total Xtra Fixture | 0 | | |
| Total Rooms | 5 | | |
| Bath Style | 02 | | Average |
| Kitchen Style | 02 | | Modern |
| Extra Kitchens | | | |

### CONSTRUCTION DETAIL (CONTINUED)

| Element | Cd. | Ch. | Description |
|---|---|---|---|
| Bsmt Garage | 0 | | |
| Bsmt Type | 00 | | None |
| Attic Type | 00 | | None |

### MIXED USE

| Code | Description | Percentage |
|---|---|---|
| 1010 | SINGLE FAM MDL-01 | 100 |

### COST/MARKET VALUATION

| | |
|---|---|
| Adj. Base Rate: | 127.48 |
| Section. RCN: | 218,246 |
| Net Other Adj: | 3,000.00 |
| Replace Cost | 221,246 |
| AYB | 2003 |
| EYB | 2003 |
| Dep Code | A |
| Remodel Rating | |
| Year Remodeled | |
| Dep % | 1 |
| Funcnl Obslnc | |
| Econ Obslnc | |
| Cost Trend Factor | 1 |
| Status | |
| % Complete | |
| Overall % Cond | 99 |
| Apprais Val | 219,000 |
| Dep % Ovr | 0 |
| Dep Ovr Comment | |
| Misc Imp Ovr | 0 |
| Misc Imp Ovr Comment | |
| Cost to Cure Ovr | 0 |
| Cost to Cure Ovr Comment | |

### OB-OUTBUILDING & YARD ITEMS(L) / XF-BUILDING EXTRA FEATURES(B)

| Code | Description | Sub | Sub Descript | L/B | Units | Unit Price | Yr | Gde | Dp Rt | Cnd | %Cnd | Apr Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FGR1 | GARAGE-AVE | | | L | 528 | 16.00 | 2002 | | 0 | | 90 | 7,600 |

### BUILDING SUB-AREA SUMMARY SECTION

| Code | Description | Living Area | Gross Area | Eff. Area | Unit Cost | Undeprec. Value |
|---|---|---|---|---|---|---|
| BAS | First Floor | 1,441 | 1,441 | 1,441 | 127.48 | 183,699 |
| CRL | Crawl Space | 0 | 70 | 0 | 0.00 | 0 |
| UBM | Basement, Unfinished | 0 | 1,353 | 271 | 25.53 | 34,547 |
| Ttl. Gross Liv/Lease Area: | | 1,441 | 2,864 | 1,712 | | 221,246 |




