PERFORM: Query Next Previous View Add Update Remove Table Screen ...
Shows the next page of the form. ** 1: pipefit table**

PIPEFITTERS INFORMATION SCREEN 1

SSNO: [redacted] VIOLS TYPE: HISTORY ID: [ ]
VIOLS1: VIOLS2: VIOLS3: VIOLS4:
OPEN VIOLS: OPEN VIOLS: OPEN VIOLS: OPEN VIOLS:

---

COMP NAME: [ ] FEIN: [ ] BATCH ID: [ ]
LAST NAME: [SANDERS ] FIRST NAME: [RAYMOND ] MI: [J]
ADD: [88 FREDERICK STREET ] AREA CODE:[401] PHN: [redacted]
CITY: [RUMFORD ] EMAIL:[ ]
STATE: [RI] ZIP: [02916-3315] DATE OF BIRTH: [redacted]

---

LICENSE EXPIRATION DATE: [10/31/2006] TOTAL PYMT: [$120.00]
NUM OF VIOLS:[ ] CTY-TWN-ST-CODE: [ 10] BOND TERMINATION DATE:[10/17/2003]
MASTER CLASS FLAG: [ ] JOURNEY CLASS FLAG: [ ] APPRENT. CLASS FLAG: [ ]
COMMENTS: [ ]

---

PERFORM: Query Next Previous View Add Update Remove Table Screen ...
Shows the next page of the form.

PIPEFITTERS INFORMATION SCREEN 2

NAME : [SANDERS ] [RAYMOND ] SSNO: [redacted]

| | |
|---|---|
| LICENSE 1 TYPE: [ 4.0] | LICENSE 1 LICNO: [00006327] |
| LICENSE 1 PYMT DATE: [11/17/2005] | LICENSE 1 CURRENT: [Y] |
| LICENSE 1 LIMIT: [ ] | LICENSE 1 TEST GRAND CODE: [ ] |
| LICENSE 1 CLASS: [PM1 ] | DESC: [PIPEFITTER/MASTER 1 ] |
| LICENSE 1 PYMT: [$120.00] | TOTAL PYMT: $0.00 |
| LICENSE 1 ISSUE DATE: [10/07/1994] | |

| | |
|---|---|
| LICENSE 2 TYPE: [ ] | LICENSE 2 LICNO: [[redacted]] |
| LICENSE 2 PYMT DATE: [ ] | LICENSE 2 CURRENT [ ] |
| LICENSE 2 LIMIT: [ ] | LICENSE 2 TEST GRAND CODE: [ ] |
| LICENSE 2 CLASS: [ ] | DESC: [ ] |
| LICENSE 2 PYMT: [ $0.00] | TOTAL PYMT: $0.00 |
| LICENSE 2 ISSUE DATE: [ ] | |