[redacted]

MAKE CHECKS PAYABLE TO THE STATE OF NEW HAMPSHIRE-MV

**STATE OF NEW HAMPSHIRE**

REGISTRATION CERTIFICATE NOT VALID FOR TITLE PURPOSES. VALID ONLY WITH DIRECTOR'S SEAL. STATE OF NEW HAMPSHIRE DEPARTMENT OF SAFETY DIVISION OF MOTOR VEHICLES, CONCORD, N.H. 03305. ALL RESIDENT TAXES FOR WHICH I AM LIABLE HAVE BEEN PAID.

**DO NOT MAIL CASH**

1091551 1 PASS 0216

N.H.S.D. - M.V.
OFFICIAL DIRECTOR
VALIDATION # 1262

FOR TOWN / CITY CLERK USE ONLY
PLEASE VERIFY OWNER'S DATE OF BIRTH AND PRESENT PLATE TYPE AND NUMBER.

FREEDOM RENEWAL

| PLATE NUMBER | TYPE OF PLATE | VALIDATION STICKER NUMBER | EXPIRATION DATE | PERMIT AUDIT NUMBER |
|---|---|---|---|---|
| | PASS | | 10/31/06 | A603783 |

| YEAR | MAKE | MODEL | FUEL | CYL | AXLES | COLOR | TITLE ACTIVITY |
|---|---|---|---|---|---|---|---|
| 2004 | BUIC | LESABRE | G | 6 | 2 | BLU | AP |

| GROSS WEIGHT | BODY STYLE | VEHICLE IDENTIFICATION NUMBER | LIST PRICE |
|---|---|---|---|
| 4467 | 4DSED | 1G4HP52K74U258908 | 25700 |

0216 10/15/2005 (2) 37.20 Ck 3140

NAME AND MAILING ADDRESS — LAST FIRST MI

SANDERS, RAYMOND J.

PO BOX 525
FREEDOM NH 03836

79 PACKARD DRIVE
FREEDOM NH 03836
+AFEE 2

DATE OF BIRTH / ID: 1ST / 2ND

STATE FEES — REG. $37.20 — TITLE $.00

MUNICIPAL USE ONLY

| DATE | NO. MONTHS | TRANSFER PERMIT NO. |
|---|---|---|
| 10/15/05 | 12 | |

| MONTHS | MILLAGE | PERMIT FEES |
|---|---|---|
| 8 | 15 | 257 |
| 4 | 12 | 103 |

| TRANSFER CREDIT | TRANS FEE $5.00 TOWN CLERK FEE $1.00 | AMOUNT PAID |
|---|---|---|
| .00 | | 363.00 |

3373
Ck 3139
OWNER'S COPY

PREVIOUS PLATE NO. — PRIOR TYPE: 3PASS

X Raymond J Sanders

OWNER'S SIGNATURE (THIS APPLICATION IS SIGNED AND ANY ADDITIONAL INFORMATION IS OFFERED UNDER PENALTY OF UNSWORN FALSIFICATION PURSUANT TO RSA 641:3)

I RAYMOND J. SANDERS
AM A REGERSTERED VOTER AND
VOTE IN THE TOWN OF FREEDOM NH 03836

Raymond J Sanders

4/17/06