# VOTER CHECKLIST

Sequence: Voter Name
Voter Range: Include All Voters
Precincts: Include All Precincts
Parties: Include All Parties

| Chk | Pty | Voter Name | Address Line 1 | Address Line 2 | City/Town | St | Zip Code |
|---|---|---|---|---|---|---|---|
| ( ) | U | RIDDLE, LAURA A | 229 RICE HILL ROAD | | FREEDOM | NH | 03836 |
| ( ) | U | RIGHTMYER, GEORGE E | 21 LAURENTIAN DRIVE | | FREEDOM | NH | 03836 |
| ( ) | R | RILEY, ALLAN J. | 109 WEST BAY ROAD | | FREEDOM | NH | 03836 |
| ( ) | R | RILEY, AMY G. | 109 WEST BAY ROAD | | FREEDOM | NH | 03836 |
| ( ) | U | RINES, HELEN | 127 PORTER ROAD | | FREEDOM | NH | 03836 |
| ( ) | R | RINES, STANLEY | 127 PORTER ROAD | | FREEDOM | NH | 03836 |
| ( ) | D | RIPLEY, CHRISTINE A. | 4 SUMMER STRET | | FREEDOM | NH | 03836 |
| ( ) | R | RIPLEY, DAVID N. | 4 SUMMER STREET | | FREEDOM | NH | 03836 |
| ( ) | R | RIVARD, JOHN M. | 25 OLD PORTLAND ROAD | P.O. BOX 564 | FREEDOM | NH | 03836 |
| ( ) | U | RIVARD, LISA A | 25 OLD PORTLAND ROAD | | FREEDOM | NH | 03836 |
| ( ) | I | RIVARD, MEGAN N. | 124 PORTER ROAD | | FREEDOM | NH | 03836 |
| ( ) | R | ROBBINS, BARBARA V. | 1007 OSSIPEE LAKE ROAD | | FREEDOM | NH | 03836 |
| ( ) | I | ROBBINS, JESSICA | 144 PEQUAWKET TRAIL | | FREEDOM | NH | 03836 |
| ( ) | U | ROBBINS, NICHOLAS E | 9 CODY ROAD | | FREEDOM | NH | 03836 |
| ( ) | R | ROBBINS, STEPHEN L. | 1007 OSSIPEE LAKE ROAD | | FREEDOM | NH | 03836 |
| ( ) | I | ROBBINS, STEPHEN P. | 144 PEQUAWKET TRAIL | | FREEDOM | NH | 03836 |
| ( ) | I | ROBERTS, DONALD | 282 BURNHAM ROAD | | FREEDOM | NH | 03836 |
| ( ) | D | ROBERTS, LOIS | 24 NASON ROAD | P.O. BOX 196 | FREEDOM | NH | 03836 |
| ( ) | R | ROBERTS, WILLIAM E | 24 NASON ROAD | | FREEDOM | NH | 03836 |
| ( ) | U | ROBINSON, LAURA | 14 WATSON HILL ROAD | | FREEDOM | NH | 03836 |
| ( ) | U | ROBINSON, LAURIE S. | P.O. BOX 532 | WASHINGTON ROAD | FREEDOM | NH | 03836 |
| ( ) | I | ROESSLER, LOIS F. | 75 OSSIPEE LAKE ROAD | | FREEDOM | NH | 03836 |
| ( ) | R | ROGERS, MICHELLE E. | 42 WASHINGTON STREET | | FREEDOM | NH | 03836 |
| ( ) | R | ROGERS, RONALD W. | 42 WASHINGTON STREET | | FREEDOM | NH | 03836 |
| ( ) | R | ROLLINS, BARRY D | 25 ROLLINS ROAD | | FREEDOM | NH | 03836 |
| ( ) | U | ROLLINS, LUANN P | 25 ROLLINS ROAD | | FREEDOM | NH | 03836 |
| ( ) | R | ROWELL, JUDITH A | 259 COLD BROOKS ROAD | | FREEDOM | NH | 03836 |
| ( ) | I | ROWELL, TRACY F. | BOX 187 SWETT HILL RD. | | FREEDOM | NH | 03836 |
| ( ) | U | ROY, DANA E. | P.O. BOX 343 | | FREEDOM | NH | 03836 |
| ( ) | I | ROY, EDITH A. | 131 PLEASANT DRIVE | | FREEDOM | NH | 03836 |
| ( ) | I | ROY, GERARD J. | 131 PLEASANT DRIVE | | FREEDOM | NH | 03836 |
| ( ) | U | RYAN, CHRISTINE M. | 647 EATON ROAD | | FREEDOM | NH | 03836 |
| ( ) | U | RYAN, CYNTHIA L | 34 PAULIPOINT ROAD | | FREEDOM | NH | 03836 |
| ( ) | D | RYAN, ROBERT M. | 34 PAULIPOINT ROAD | | FREEDOM | NH | 03836 |
| ( ) | U | RYAN, TIMOTHY P. | 647 EATON ROAD | | FREEDOM | NH | 03836 |
| ( ) | U | SALAFIA, JOSEPH | 1 OXFORD LANE | | FREEDOM | NH | 03836 |
| ( ) | U | SANDERS, CAROLYN R. | 79 PACKARD DRIVE | | FREEDOM | NH | 03836 |
| ( ) | U | SANDERS, RAYMOND J. | 79 PACKARD DRIVE | | FREEDOM | NH | 03836 |
| ( ) | I | SANDS, GEORGE G. | 90 PEQUAWKET TRAIL | | FREEDOM | NH | 03836 |
| ( ) | I | SANDS, JUDITH | 90 PEQUAWKET TRAIL | | FREEDOM | NH | 03836 |