CNTR 402

RHODE ISLAND VOTER REGISTRATION FORM

**A. PLEASE COMPLETE THIS SECTION IN INK (Please print)**

For office use only 1233547

1 MISS MS. MRS. MR. Last Name: Sanders | First Name (or initial): Carolyn | Middle Name (or initial): R | JR. SR. II III

2 Home Address (include Apt. number): 88 Frederick street | City: East Prov | State: RI | Zip Code: 02916

3 Mailing Address (if different from #2) | City | State | Zip Code

4 Date of Birth: Month 2 | Day 21 | Year 26

5 Phone Number (optional): 435-0561

6 Check One (Party)

- ☐ Democratic
- ☐ Republican
- ☐ Cool Moose
- ☒ Unaffiliated
- ☐ Green
- ☐ Other ______

Party Designation

**I swear or affirm that:**

VOTING RECORD

| YEAR | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SPECIAL | / | / | / | / | / | / | / | / | / | / | / | / |
| PRIMARY | / | / | / | / | / | / | / | / | / | / | / | / |
| GENERAL | | | | | | | | | | | | |

7 sign name or put mark. NCOA | Month 12 | Day 4 | Year 03

**WARNING: If you sign this form and know it to be false, you can be convicted and fined up to $5,000 or jailed for up to 10 years.**

8 (If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address, and phone number (phone number is optional))

**B. IF YOU HAVE CHANGED YOUR NAME AND/OR YOUR ADDRESS, PLEASE COMPLETE THIS SECTION.**

1 Your Name on Previous Registration: MISS MS. MRS. MR. | JR. SR. II III

2 Your Previous Address (Street, City or Town and State): 78 Village Dr. East Prov, RI

4 Sanders Carolyn R

APRIL 19, 2006

A TRUE COPY
ATTEST:
Maryann H Callahan
MARYANN H. CALLAHAN
EAST PROVIDENCE AUTHORITY CLERK

RHODE ISLAND VOTER REGISTRATION FORM

CNTR 4/02

A. PLEASE COMPLETE THIS SECTION IN INK. (Please print) For office use only. 123354

1 MISS MS. MRS. MR. Last Name: Sanders | First Name (or initial): Raymond | Middle Name (or initial): J | JR. SR. II III

2 Home Address (include Apt. number): 88 Frederick St | City: East Prov | State: RI | Zip Code: 02916

3 Mailing Address (if different from #2) | City | State | Zip Code

4 Date of Birth: Month 10 | Day 17 | Year 27

5 Phone Number (optional): 435-0561

6 Check One (Party)

- ☐ Democratic
- ☐ Republican
- ☐ Cool Moose
- ☒ Unaffiliated
- ☐ Green
- ☐ Other________

Party Designation (For Office Use Only)

I swear or affirm that:

VOTING RECORD

| YEAR | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SPECIAL | / | / | / | / | / | / | / | / | / | / | / | / |
| PRIMARY | / | / | / | / | / | / | / | / | / | / | / | / |
| GENERAL | | | | | | | | | | | | |

7 sign name or put mark: NCOA | Month 12 | Day 4 | Year 03

WARNING: If you sign this form and know it to be false, you can be convicted and fined up to $5,000 or jailed for up to 10 years.

8 (If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address, and phone number (phone number is optional))

B. IF YOU HAVE CHANGED YOUR NAME AND/OR YOUR ADDRESS, PLEASE COMPLETE THIS SECTION.

1 Your Name on Previous Registration MISS MS. MRS. MR. JR. SR. II III

2 Your Previous Address (Street, City or Town and State): 78 Village Drive East Prov, RI

4 Sanders Raymond J

April 19, 2006

A TRUE COPY
ATTEST:
Maryann H. Callahan
MARYANN H. CALLAHAN
EAST PROVIDENCE, AUTHORITY CLERK