Form **1040** Department of the Treasury — Internal Revenue Service
# U.S. Individual Income Tax Return 2005
(99) IRS Use Only — Do not write or staple in this space.

For the year Jan 1 - Dec 31, 2005, or other tax year beginning , 2005, ending , 20 OMB No. 1545-0074

**Label** (See instructions.)
**Use the IRS label. Otherwise, please print or type.**

| | | | |
|---|---|---|---|
| Your first name: RAYMOND | MI: J | Last name: SANDERS | Your social security number |
| If a joint return, spouse's first name: CAROLYN | MI: P | Last name: SANDERS | Spouse's social security number |
| Home address (number and street). If you have a P.O. box, see instructions.: 79 PACKARD DR PO BOX 525 | | Apartment no. | You must enter your social security number(s) above. |
| City, town or post office. If you have a foreign address, see instructions.: FREEDOM | State: NH | ZIP code: 03836-0525 | Checking a box below will not change your tax or refund. |

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund? (see instructions) ▶ [X] You [X] Spouse

**Filing Status**
Check only one box.

1 [ ] Single
2 [X] Married filing jointly (even if only one had income)
3 [ ] Married filing separately. Enter spouse's SSN above & full name here ▶
4 [ ] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ▶
5 [ ] Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a [X] Yourself. If someone can claim you as a dependent, do not check box 6a — Boxes checked on 6a and 6b: 2
b [X] Spouse

c Dependents:

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| | | | [ ] |
| | | | [ ] |
| | | | [ ] |
| | | | [ ] |

If more than four dependents, see instructions.

No. of children on 6c who: • lived with you; • did not live with you due to divorce or separation (see instrs); Dependents on 6c not entered above; Add numbers on lines above ▶ 2

d Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | |
| 8a | Taxable interest. Attach Schedule B if required | | |
| b | Tax-exempt interest. Do not include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | | |
| b | Qualif divs (see instrs) | 9b 811. | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | | |
| 11 | Alimony received | | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | | |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ▶ [X] | | |
| 14 | Other gains or (losses). Attach Form 4797 | | |
| 15a | IRA distributions 15a | b Taxable amount (see instrs) | 15b |
| 16a | Pensions and annuities 16a | b Taxable amount (see instrs) | 16b |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | | |
| 18 | Farm income or (loss). Attach Schedule F | | |
| 19 | Unemployment compensation | | |
| 20a | Social security benefits 20a 33,875. | b Taxable amount (see instrs) | 20b |
| 21 | Other income | | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | | |

**Adjusted Gross Income**

| Line | Description | | Amount |
|---|---|---|---|
| 23 | Educator expenses (see instructions) | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction (see instructions) | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction (see instructions) | 32 | |
| 33 | Student loan interest deduction (see instructions) | 33 | |
| 34 | Tuition and fees deduction (see instructions) | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 - 31a and 32 - 35 | | 36 |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | | 37 |

Form **1040** Department of the Treasury — Internal Revenue Service
**U.S. Individual Income Tax Return 2004** (99) IRS Use Only — Do not write or staple in this space.

For the year Jan 1 - Dec 31, 2004, or other tax year beginning , 2004, ending , 20 OMB No. 1545-0074

**Label** (See instructions.)
**Use the IRS label.** Otherwise, please print or type.

| | | | |
|---|---|---|---|
| Your first name: RAYMOND | MI: J | Last name: SANDERS | Your social security number |
| If a joint return, spouse's first name: CAROLYN | MI: P | Last name: SANDERS | Spouse's social security number |
| Home address (number and street). If you have a P.O. box, see instructions. 79 PACKARD DR PO BOX 525 | | Apartment no. | ▲ **Important!** ▲ You must enter your social security number(s) above. |
| City, town or post office. If you have a foreign address, see instructions. FREEDOM | | State NH ZIP code 03836-0525 | |

**Presidential Election Campaign** (See instructions.)
▶ **Note:** Checking 'Yes' will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ▶ You [X] Yes [ ] No Spouse [X] Yes [ ] No

**Filing Status**
Check only one box.
1 [ ] Single
2 [X] Married filing jointly (even if only one had income)
3 [ ] Married filing separately. Enter spouse's SSN above & full name here ▶
4 [ ] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ▶
5 [ ] Qualifying widow(er) with dependent child (see instructions)

**Exemptions**
6a [X] **Yourself.** If someone can claim you as a dependent, do not check box 6a — Boxes checked on 6a and 6b: 2
b [X] **Spouse** — No. of children on 6c who:
c **Dependents:**

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| | | | [ ] |
| | | | [ ] |
| | | | [ ] |
| | | | [ ] |

• lived with you
• did not live with you due to divorce or separation (see instrs)
Dependents on 6c not entered above
If more than four dependents, see instructions.
d Total number of exemptions claimed — Add numbers on lines above ▶ 2

**Income**
Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.
If you did not get a W-2, see instructions.
Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | |
| 8a | Taxable interest. Attach Schedule B if required | |
| b | Tax-exempt interest. Do not include on line 8a — 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| b | Qualif divs (see instrs) — 9b 431. | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ▶ [ ] | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions — 15a — b Taxable amount (see instrs) | 15b |
| 16a | Pensions and annuities — 16a — b Taxable amount (see instrs) | 16b |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits — 20a 32,236. — b Taxable amount (see instrs) | 20b |
| 21 | Other income | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses (see instructions) | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | IRA deduction (see instructions) | |
| 26 | Student loan interest deduction (see instructions) | |
| 27 | Tuition and fees deduction (see instructions) | |
| 28 | Health savings account deduction. Attach Form 8889 | |
| 29 | Moving expenses. Attach Form 3903 | |
| 30 | One-half of self-employment tax. Attach Schedule SE | |
| 31 | Self-employed health insurance deduction (see instrs) | |
| 32 | Self-employed SEP, SIMPLE, and qualified plans | |
| 33 | Penalty on early withdrawal of savings | |
| 34a | Alimony paid b Recipient's SSN ▶ | |
| 35 | Add lines 23 through 34a | |
| 36 | Subtract line 35 from line 22. This is your **adjusted gross income** ▶ | |

**BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.** FDIA0112 11/10/04 Form 1040 (2004)