# RHODE ISLAND NONRESIDENT INDIVIDUAL INCOME TAX RETURN
**RI-1040 NR** (To be used by nonresidents and part-year residents) **2004**

For 2004 or other tax year ______________, ending ______________.

RAYMOND J SANDERS
CAROLYN P SANDERS
79 PACKARD DR PO BOX 525
FREEDOM NH 03836-0525
(401) 435-0561 FREEDOM

**Electoral Contribution** — $5.00 ($10.00 if a joint return) see instructions. (This will not increase your tax or reduce your refund.) Check ✓ one ...... [X] Yes [ ] No

If you wish the 1st $2.00 ($4.00 if a joint return) to be paid to a specific party, check the 1st box and fill in the name of the political party. If you wish it to be paid to a nonpartisan general account, check the 2nd box ...... [ ] ______ [X] Nonpartisan general account

**FILING STATUS** — Check only one box: ✓ 1 [ ] Single 2 [X] Married filing jointly 3 [ ] Married filing separately 4 [ ] Head of household 5 [ ] Qualifying widow(er)

**INCOME, TAX AND CREDITS**

Single $4,850 | Married filing jointly or Qualifying widow(er) $8,150 | Married filing separately $4,075 | Head of Household $7,150 | However, people over 65, blind or can be claimed as a dependent, see the RI Deduction Schedules on page 4, check ✓ this box and attach the schedule. [ ]

| Line | Description | Box | Amount |
|---|---|---|---|
| 1 | Federal AGI (Adjusted Gross Income) – Federal Form 1040, line 36; 1040A, line 21; 1040EZ, line 4 or Telefile line I | 1 | |
| 2 | Net modifications to Federal AGI (if no modifications, enter zero on this line) – Page 2, Schedule I, Line 25 | 2 | |
| 3 | Modified Federal AGI – combine lines 1 and 2 (add net increases or subtract net decreases) | 3 | |
| 4 | Deductions – Rhode Island standard deduction (left margin) or amount from Federal Schedule A, line 28, whichever is greater. **If you itemize and line 3 is over $142,700 ($71,350 if married filing separate) see itemized deduction schedule on page 4** | 4 | |
| 5 | Subtract line 4 from line 3 | 5 | |
| 6 | Exemptions – Enter federal exemptions in box then multiply by $3,100 and enter result in 6. If line 3 is over $107,025, see worksheet for exemption amount [ 2 ] x $ ,0 = | 6 | |
| 7 | **RHODE ISLAND TAXABLE INCOME** – subtract line 6 from line 5 | 7 | |
| 8a | Rhode Island income tax (Check only one box) ✓ [ ] RI Tax Table or Rate Schedules [X] RI Schedule CGW [ ] RI Schedule D [ ] RI Schedule J [ ] RI-8615 | 8a | |
| b | Other Rhode Island taxes from page 3, RI Schedule OT, line 14 | 8b | |
| 9 | Rhode Island alternative minimum tax from Form RI-6251, line 14 | 9 | |
| 10 | Total Rhode Island income tax – add lines 8a, 8b and 9 | 10 | |
| 11 | Rhode Island percentage of allowable Federal credits from page 2, Schedule II, line 34 | 11 | |
| 12 | Rhode Island tax after allowable Federal credits – before allocation – subtract line 11 from line 10 (not less than zero) | 12 | |
| 13 | Rhode Island allocated income tax – **(Check only one box)** ✓ [ ] All income is from Rhode Island, enter amount from line 12 on this line. [X] Nonresident with income from outside Rhode Island, complete page 5, Schedule III and enter result on this line. [ ] Part-year resident with income from outside Rhode Island, complete page 7, Schedule V and enter result on this line. | 13 | |
| 14 | Other Rhode Island credits – indicate credit form number(s) ______ attach forms | 14 | |
| 15 | Rhode Island income tax after credits – subtract line 14 from line 13 (not less than zero) | 15 | |
| 16 | Rhode Island checkoff contributions from page 3, Schedule IV, line 8 **(contributions reduce your refund or increase your balance due)** | 16 | |
| 17 | **TOTAL RHODE ISLAND TAX AND CHECKOFF CONTRIBUTIONS** add lines 15 and 16 and USE/SALES tax due $ ______ from RI-T205P, page 3, line 23 (see instructions) | 17 | |

**PAYMENTS**

| Line | Description | Box | Amount |
|---|---|---|---|
| 18a | Rhode Island 2004 income tax withheld (please attach forms W-2, 1099, etc) | 18a | |
| b | 2004 estimated tax payments and amounts applied from 2003 return | 18b | |
| c | Nonresident withholding on real estate sales in 2004 | 18c | |
| d | Nonresident withholding from pass thru entities (please attach forms RI 1099-PT) | 18d | |
| e | Rhode Island earned income credit from page 2, RI Schedule EIC, line 43 | 18e | 0. |
| f | Other payments | 18f | |
| g | **TOTAL PAYMENTS AND CREDITS** – add lines 18a, 18b, 18c, 18d, 18e and 18f | 18g | |

Check ✓ if extension is attached. [ ]

**AMOUNT DUE**

| Line | Description | Box | Amount |
|---|---|---|---|
| 19 | If line 17 is LARGER than line 18g, Subtract line 18g from 17. **YOU OWE THIS AMOUNT. Complete RI-1040V.** Check ✓ [ ] if RI-2210 or RI-2210A is attached – enter interest due $ ______ or enter zero | 19 | |

**REFUND**

| Line | Description | Box | Amount |
|---|---|---|---|
| 20 | If line 18g is LARGER than line 17, subtract line 17 from 18g – THIS IS THE AMOUNT YOU OVERPAID | 20 | |
| 21 | Amount of overpayment to be refunded | 21 | |
| 22 | Amount of overpayment to be applied to 2005 estimated tax | 22 | 0. |

**RETURN MUST BE SIGNED – SIGNATURE LINE IS LOCATED ON PAGE 2**

mail returns to: The RI Division of Taxation – One Capitol Hill – Providence, RI 02908-5814

RIMA0212 11/29/04

**2005 Form 1-NR/PY** MA0500611030
Massachusetts Nonresident/Part-Year Resident
Income Tax Return

For the year January 1 — December 31, 2005 or other taxable Year
beginning Ending

TP deceased Spouse deceased
RAYMOND J SANDERS
CAROLYN P SANDERS
79 PACKARD DR PO BOX 52 FREEDOM NH 03836-0525

Apartment no. Name/address changed since 2004
Check one: X Nonresident Part-year resident Filing as both nonresident and part-year resident
Nonresident composite
State Election Campaign Fund: $1 You $1 Spouse, if filing jointly TOTAL ► $ 0
1 Filing status *(select one only)*: Single X Married filing joint return Married filing separate return
Head of household
2 Part-year residents: Enter dates as Massachusetts resident to
Total days as Massachusetts resident ÷ 365 = ◄2
3 Total income ► 3
4 Exemptions: Check box if noncustodial parent
a Personal exemptions a
b Number of dependents. (Do not include yourself or your spouse.) Enter number ► x $1,000 = b
c Age 65 or over before 2006 X You + X Spouse = ► 2 x $700 = c
d Blindness: You + Spouse = ► x $2,200 = d
e Other: 1 Medical/dental ► 2 Adoption ► 0 1 + 2 = e
f Total exemptions. Add items a, b, c, d and e. Enter here and on line 22a ► 4f
5 Wages, salaries, tips ► 5
6 Taxable pensions and annuities ► 6
7 MA bank interest: a ► 0 - b exemption 0 = 7
8 Business/profession or farm income or loss ► 8
9 Rental, royalty and REMIC, partnership, S corporation, trust income/loss ► 9
10 Unemployment: a ► MA lottery winnings: b ► 0 a + b = 10

**SIGN HERE. Under penalties of perjury, I declare that to the best of my knowledge and belief this return and enclosures are true, correct and complete.**
Your signature Date Spouse's signature Date

I do not want to file my return electronically ► (this may delay your refund)
May the Department of Revenue discuss this return with the preparer shown here? ► Yes
Print paid preparer's name Date Check if self-employed Paid preparer's SSN
►
Paid preparer's signature Paid preparer's phone Paid preparer's EIN
►

SELF-PREPARED

**PRIVACY ACT NOTICE AVAILABLE UPON REQUEST**

03/14/2006 08:32 PM