# Social Security Administration
# Retirement, Survivors and Disability Insurance

Notice of Change in Benefits

Northeastern Program Service Center
1 Jamaica Center Plaza
Jamaica, New York 11432-3898
Date: November 4, 2005
Claim Number(s):

SPYK,AJS,PIC,JA. T324 0.232

RAYMOND J SANDERS
P O BOX 525
79 PACKARD DRIVE
FREEDOM NH 03836-0525

We checked our records to see if any changes in your benefits are necessary.

We are increasing your benefit amount to give you credit for your earnings in 2004 which were not included when we figured your benefit before.

## What We Will Pay And When

- We will send you a payment of $1,675.00 on or about December 3, 2005. This payment includes your new regular monthly benefit for November 2005, plus the difference between what we paid you each month and the $1,555.00 we should have paid you each month from January 2005 through October 2005.
- After that, you will receive $1,555.00 on or about the third of each month.

The regular monthly payment shown above does not include any upcoming cost of living adjustment. We will contact you separately if there is any such increase to your benefits.

## Do You Disagree With The Decision?

If you disagree with our decision, you have the right to appeal. We will review your case again and consider any new facts you have. A person who did not make the first decision will decide your case.

- You have 60 days to ask for an appeal.
- The 60 days start the day after you receive this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.
- You must have a good reason if you wait more than 60 days to ask for an appeal.
- You have to ask for an appeal in writing. We will ask you to sign a Form SSA-561-U2, called "Request for Reconsideration". Contact one of our offices if you want help.



See Next Page