0477 ID NO. 709 [illegible] DUE DATE 05/01/2005 CHECK NO. 715-2242769

| DEDUCTIONS/CREDITS | AMOUNT |
| --- | --- |
| FEDERAL W/H | 0.00 |
| TOTAL | 0.00 |

SOCIAL SECURITY NO.

| TAX REPORTING | AMOUNT |
| --- | --- |
| TOTAL PAYMENT | |
| TAXABLE AMT | |

CHECK AMOUNT

Bricklayers
Pension
Fund

IF YOU HAVE ANY QUESTIONS REGARDING YOUR PERIODIC PAYMENT, PLEASE CALL ON OUR TOLL FREE NUMBER 1-800-624-5155. TDD AND TTY COMMUNICATIONS AVAILABLE.

John Hancock Financial Services, Inc. and affiliated companies, Boston, MA 02117

IF YOU WISH TO CHANGE YOUR CHECK MAILING ADDRESS, USE THE FORM ON THE REVERSE SIDE.

0477 709 [illegible]

IF YOU WISH TO CHANGE YOUR HOME ADDRESS USE THE FORM ON THE REVERSE SIDE.

0477 709 [illegible]

RAYMOND J SANDERS
79 PACKARD DR
P O BOX 525
FREEDOM NH 03836-0525