**UNITES STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **O. AHLBORG & SONS, INC.** | : | |
| | : | |
| **vs.** | : | **C.A. No. 06-151T** |
| | : | |
| **JEFFREY R. SANDERS, DAVID F. SANDERS and RAYMOND J. SANDERS** | : | |

**<u>AFFIDAVIT</u>**

I, Raymond J. Sanders, do upon oath make affidavit and state:

1. I am a resident of Freedom, New Hampshire and have been a resident of Freedom, New Hampshire since 1996.

2. I have received a driver's license from the State of New Hampshire.

3. I am a registered voter in the State of New Hampshire from the address of 79 Packard Drive, Freedom, New Hampshire.

4. I have not voted in an election in Rhode Island since the Presidential election of 1992, after that, I voted as a resident of New Hampshire.

5. The registration with myself as a voter in Rhode Island was explained to me by the Authority Clerk in East Providence as a result of a change of mailing address which the United States Post Office sends to towns and municipalities so that they may update their voter registration. I have not, however, voted in Rhode Island since 1992.

6. I have filed my Federal Income Tax as a resident of New Hampshire as a resident of 79 Packard Drive, Freedom, New Hampshire.

7. I have filed non-resident tax returns with Rhode Island and Massachusetts.

8. I am a resident of New Hampshire but earn income in Rhode Island and Massachusetts and, therefore, had to file tax returns as a non-resident taxpayer in each of those jurisdictions in the years 2004 and 2005, respectively.

9. I collect my Social Security in New Hampshire and have listed New Hampshire as my residence with the Social Security Administration. I also receive a bricklayer's pension, which is sent to me in New Hampshire.

10. I have not resided in Rhode Island as a resident since approximately 1996.

11. I do utilize property at 88 Frederick Street in East Providence. That property has been owned by a Trust since October 2003. I utilize that property less than 120 days per year.

Raymond J. Sanders
Raymond J. Sanders

**STATE OF** Ma
**COUNTY OF** Bristol

Subscribed and sworn to before me this
24TH day of APRIL, 2006.

David F. Sanders
Notary Public
Print Name: DAVID F. SANDERS
My Commission Expires: 1/12/12

**CERTIFICATION**

To:
John E. Bulman, Esq.
Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903

I hereby certify I caused to be served on the above-named counsel of record a true copy of the within Affidavit on April 27, 2006.

Marianne C. Martin