UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

O. AHLBORG & SONS, INC.

Plaintiff

      v.                          C.A. No. 06-151T

JEFFREY R. SANDERS, DAVID F. SANDERS
AND RAYMOND J. SANDERS

Defendants

### ORDER DENYING PLAINTIFF'S MOTION TO REMAND

For reasons stated in open court on June 12, 2006, plaintiff's motion to remand case to the Rhode Island Superior Court is hereby denied.

By Order:

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Chief Judge
Date: 7/5/06