**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

O. AHLBORG & SONS, INC.

Plaintiff

v. C.A. No. 06-151T

JEFFREY R. SANDERS, DAVID F. SANDERS
AND RAYMOND J. SANDERS

Defendants

**ORDER DENYING PLAINTIFF'S MOTION TO REMAND**

For reasons stated in open court on June 12, 2006, plaintiff's motion to remand case to the Rhode Island Superior Court is hereby denied.

By Order:

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge
Date: 7/5/06