**UNITES STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **O. AHLBORG & SONS, INC.** | : | |
| | : | |
| **vs.** | : | **C.A. No. 06-151T** |
| | : | |
| **JEFFREY R. SANDERS, DAVID F. SANDERS and RAYMOND J. SANDERS** | : | |

**DEFENDANTS', JEFFREY R. SANDERS, DAVID F. SANDERS AND RAYMOND SANDERS, DISCLOSURE PURSUANT TO F.R.C.P. 26(a)(1)**

Defendants, Jeffrey R. Sanders, David F. Sanders and Raymond Sanders (hereinafter Sanders) provide the disclosures pursuant to F.R.C.P. 26(a)(1) as follows:

I. Individuals Likely to Have Discoverable Information: In addition to those individuals who are identified in the Plaintiff's disclosure regarding individuals likely to have discoverable information, the Defendants provide the following individuals who would likely have information relevant to the underlying case:

1. Glenn Ahlborg, Former President, O. Ahlborg & Sons, Inc.;
2. Ron Lavigne, O. Ahlborg & Sons, Inc. Site Supervisor;
3. George Regis, O. Ahlborg & Sons, Inc. Site Supervisor;
4. Steve Marssocci, Estimating, O. Ahlborg & Sons, Inc.;
5. Bernard Augustine, Laborer, O. Ahlborg & Sons, Inc.;
6. Don Stevens, Estimating O. Ahlborg & Sons, Inc.;
7. Nolan Redding, formerly with ROICC, now with O. Ahlborg & Sons, Inc.;
8. Jim Carberry, Site Supervisor, O. Ahlborg & Sons, Inc.;
9. Dahlin Wiitala, Clerk, O. Ahlborg & Sons, Inc;.
10. Brad Farrin, Quality Control Officer, Combined Energies, 526 Western Avenue, Augusta, ME 04330; 207-629-0170;

11. Duncan Morrison, Management, Combined Energies, 526 Western Avenue, Augusta, ME 04330; 207-629-0170;

12. Steve Ploude, Quality Control Officer, Combined Energies, 526 Western Avenue, Augusta, ME 04330; 207-629-0170;

13. Van Pavo, Inspector, Combined Energies, 526 Western Avenue, Augusta, ME 04330; 207-629-0170;

14. Jeffrey Tourigny, Engineering, Combined Energies, 526 Western Avenue, Augusta, ME 04330; 207-629-0170;

15. Robert Dawson, Engineering, Combined Energies, 526 Western Avenue, Augusta, ME 04330; 207-629-0170;

16. Thomas Bryda, Project Design Engineer, The Maguire Group, 225 Foxborough Boulevard, Foxborough, MA 02035, 508-543-5157;

17. Kevin Sullivan, Design Engineer, 225 Foxborough Boulevard, Foxborough, MA 02035, 508-543-5157;

18. Mr. Shannahan, Plumbing and Fire Protection Engineer, 225 Foxborough Boulevard, Foxborough, MA 02035, 508-543-5157;

19. Robert Mulhern, Boiler Inspector, The Resident Officer in Charge of Construction, Narragansett Bay, Building 1, Naval Station, Newport, RI 02841, 401-841-2543;

20. Brian Kronsberg, Engineering, The Resident Officer in Charge of Construction, Narragansett Bay, Building 1, Naval Station, Newport, RI 02841, 401-841-2543;

21. James Carlson, Project Manager, The Resident Officer in Charge of Construction, Narragansett Bay, Building 1, Naval Station, Newport, RI 02841, 401-841-2543;

22. Janet Fahey, ROICC Liaison; The Resident Officer in Charge of Construction, Narragansett Bay, Building 1, Naval Station, Newport, RI 02841, 401-841-2543;

23. Harold Robinson, Chief of the Boiler Plant, The Resident Officer in Charge of Construction, Narragansett Bay, Building 1, Naval Station, Newport, RI 02841, 401-841-2543;

24. Robert Yeagley, Public Works, The Resident Officer in Charge of Construction, Narragansett Bay, Building 1, Naval Station, Newport, RI 02841, 401-841-2543;

25. Craig Rahupca, Project Management, The Resident Officer in Charge of Construction, Narragansett Bay, Building 1, Naval Station, Newport, RI 02841, 401-841-2543;

26. Marty Kowa, Inspector, The Resident Officer in Charge of Construction, Narragansett Bay, Building 1, Naval Station, Newport, RI 02841, 401-841-2543;

27. Robert Parent, Director of Public Works, The Resident Officer in Charge of Construction, Narragansett Bay, Building 1, Naval Station, Newport, RI 02841, 401-841-2543;

28. Daniel Sullivan, Navy Engineer, The Resident Officer in Charge of Construction, Narragansett Bay, Building 1, Naval Station, Newport, RI 02841, 401-841-2543;

29. David Castro, O'Rourke Electric, 21 Pine Street, Warwick, RI 02886;

30. Gregory Castro, O'Rourke Electric, 21 Pine Street, Warwick, RI 02886;

31. Michael Lima, Sitecon Corp., Inc., 1430 Cranston Street, Cranston, RI 02920; 401-944-2335;

32. Steven Graham, FIA, 7 Sixth Road, Woburn, MA 01888; 781-938-8900;

33. Thomas Lynch, Weil McLain, address unknown, 508-478-6800;

34. James Bell; F.I. Round, Co., 26 Albion Road, Lincoln, RI 02865, 401-333-5014;

35. Michael Santos, Heat Transfer Sales, 1243 Mineral Spring Avenue, N. Providence, RI 02911; 401-722-3787;

36. Dwight D. Silvia; D.D.S. Industries, Inc., P.O. Box 494, Somerset, MA 02726; 508-678-3698;

37. Fran DeBuc; AACONE, 30 Dutchess Drive, Cranston, RI 02921; 401-464-4646;

38. Michael Massimino, EMC, 116 Budlong Road, Cranston, RI 02920; 401-946-1440;

39. Thomas Crowley; I&C Engineering, 253 Low Street, Newburyport, MA 01950; 978-465-2220;

40. David Parkman, Munters, P.O. Box 50030, Austin, TX 78763; 512-474-7574;

41. Joseph Desantis; Anvil International, 160 Frenchtown Road, N. Kingston, RI 02852.

II. Documents in the Defendants' Possession, Custody or Control: The Defendants have in their care, custody and control in the office of R.J. Sanders, Inc. where they are employed, project folders which can be inspected at the office of Joseph J. Reale, Jr., Ltd., 30 Kennedy Plaza, Suite 400, Providence, RI 02903, at a mutually-convenient date and time.

III. Computation of Damages. The Defendants have no direct counterclaim against the Plaintiff in this action.

IV. Insurance Agreement That May be Used to Satisfy All or Part of the Judgment. The Defendants have no insurance in effect which would apply to the claims made by the Plaintiff in this matter. Any claims against insurance would be pursuant through the labor and material payment bond issued by R.J. Sanders, Inc. on this project.

Defendants
By their attorney,

/s/ Joseph J. Reale, Jr.
Joseph J. Reale, Jr.-RI Bar#: 3158
Joseph J. Reale, Jr., Ltd.
30 Kennedy Plaza, Suite 400
Providence, RI 02903
Tel: (401) 453-9900
Fax: (401) 453-9917

Dated: August 22, 2006

**CERTIFICATION**

To:
jbulman@lmkbw.com
John E. Bulman, Esq.

I hereby certify I caused to be served electronically on the above-named counsel of record a true copy of the within Disclosure on August 22, 2006.

/s/ Joseph J. Reale, Jr.