UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| O. AHLBORG & SONS, INC., Plaintiff | ) | |
| v. | ) | C.A. 06-151T |
| JEFFREY R. SANDERS, DAVID F. SANDERS and RAYMOND J. SANDERS, Defendants | ) | |

**ENTRY OF APPEARANCE**

Notice is hereby given that Laura J. Bottaro, of Little Medeiros Kinder Bulman & Whitney, P.C., enters her appearance as co-counsel on behalf of Plaintiff O. Ahlborg & Sons, Inc., in the above-entitled matter.

Dated September 1, 2006.

O. AHLBORG & SONS, INC.
By its attorney,

/s/ Laura J. Bottaro

John E. Bulman, Esq. (#3147)
Laura J. Bottaro (#7390)
Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903
Phone: (401) 272-8080
Fax: (401) 521-3555
jbulman@lmkbw.com
lbottaro@lmkbw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of September, 2006, I forwarded a copy of this Entry of Appearance, postage prepaid, to:

Joseph J. Reale, Jr., Esquire
30 Kennedy Plaza, Suite 400
Providence, RI 02903

/s/ Laura J. Bottaro____________________________

F:\Laura\Ahlborg\RJ Sanders\app-entry of app ljb.doc