# United States District Court

DISTRICT OF RHODE ISLAND

O. AHLBORG & SONS, INC.

V.

JEFFREY R. SANDERS, DAVID F. SANDERS and RAYMOND J. SANDERS

## DEPOSITION SUBPOENA

CASE NUMBER: CA 06-151T

TYPE OF CASE: ☒ CIVIL ☐ CRIMINAL

SUBPOENA FOR: ☒ PERSON ☒ DOCUMENT(S) or OBJECT(S)

TO:
KEEPER OF THE RECORDS
F. W. WEBB
c/o Peter J. Kelleher, Resident Agent
101 Jefferson Boulevard
Warwick, RI 02888

YOU ARE HEREBY COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE | DATE AND TIME |
|---|---|
| Law Offices of John E. Bulman, Esquire<br>Little Medeiros Kinder Bulman & Whitney, P.C.<br>72 Pine Street - 5th Floor<br>Providence, RI 02903 | October 11 , 2006<br>at 10:30 a.m. |

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):*

ALL DOCUMENTS ITEMIZED ON SCHEDULE "A" ATTACHED.

☐ *Please see additional information on reverse*

Any subpoenaed organization not a party to this suit is hereby admonished pursuant to Rule 30(b)(6), Federal Rules of Civil Procedure, to file a designation with the court specifying one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and setting forth, for each person designated, the matters on which he will testify or product documents or things. The persons so designated shall testify as to matters known or reasonably available to the organization.

U.S. MAGISTRATE OR CLERK OF COURT

(BY) DEPUTY CLERK Barbara Barletta

DATE 9/26/06

This subpoena is issued upon application of the:

☒ Plaintiff ☐ Defendant ☐ U.S. Attorney

QUESTIONS MAY BE ADDRESSED TO:
John E. Bulman, Esquire
Laura J. Bottaro, Esquire
Little Medeiros Kinder Bulman & Whitney, P.C
72 Pine Street, Providence, RI 02903
ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER (401) 272-8080

*If not applicable, enter "none".

AO 90 (Rev. 5/85) Deposition Subpoena

## RETURN OF SERVICE (1)

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 9/27/06 | 72 Pine St. Providence R.I. |
| SERVED | 9/28/06 | 101 Jefferson Blvd. Warwick RI |

SERVED ON (NAME): F. W. Webb Co.

FEES TENDERED: ☒ YES ☐ NO AMOUNT $ 41.00 #758

SERVED BY: Thomas Noury, 41 N. Elmore Ave., P.O. Box 114026, North Providence, RI 02911

TITLE:

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 45.00 | 86.00 |

## DECLARATION OF SERVER (2)

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/28/06
Date

[signature]
*Signature of Server*

*Address of Server*
Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911

ADDITIONAL INFORMATION

[signature]

Robert F. Gallagher Operations Manager

(1) As to who may serve a subpoena and the manner of its service see Rule 17(d), Federal Rules of Criminal Procedure, or Rule 45(c), Federal Rules of Civil Procedure.

(2) "Fees and mileage need not be tendered to the deponent upon service of a subpoena issued on behalf of the United States or an officer or agency thereof (Rule 45(c), Federal Rules of Civil Procedure; Rule 17(d), Federal Rules of Criminal Procedure) or on behalf of certain indigent parties and criminal defendants who are unable to pay such costs (28 USC 1825, Rule 17(b) Federal Rules of Criminal Procedures)".