AO 90 (Rev. 5/85) Deposition Subpoena

# United States District Court

DISTRICT OF RHODE ISLAND

O. AHLBORG & SONS, INC.

V.

JEFFREY R. SANDERS, DAVID F. SANDERS and RAYMOND J. SANDERS

## DEPOSITION SUBPOENA

CASE NUMBER: CA 06-151T

TYPE OF CASE: [X] CIVIL [ ] CRIMINAL

SUBPOENA FOR: [X] PERSON [X] DOCUMENT(S) or OBJECT(S)

TO:

KEEPER OF THE RECORDS
CARPENTER AND PATTERSON, INC.
David P. Lynch, President
22 King John Drive
Boxford, MA 01921

YOU ARE HEREBY COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE | DATE AND TIME |
|---|---|
| Law Offices of John E. Bulman, Esquire<br>Little Medeiros Kinder Bulman & Whitney, P.C.<br>72 Pine Street - 5th Floor<br>Providence, RI 02903 | October 18 , 2006<br>at 2:00 p.m. |

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):*

ALL DOCUMENTS ITEMIZED ON SCHEDULE "A" ATTACHED.

[ ] *Please see additional information on reverse*

Any subpoenaed organization not a party to this suit is hereby admonished pursuant to Rule 30(b)(6), Federal Rules of Civil Procedure, to file a designation with the court specifying one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and setting forth, for each person designated, the matters on which he will testify or product documents or things. The persons so designated shall testify as to matters known or reasonably available to the organization.

| U.S. MAGISTRATE OR CLERK OF COURT | DATE |
|---|---|
| (BY) DEPUTY CLERK<br>Barbara Barletta | 9/26/06 |

This subpoena is issued upon application of the:

[X] Plaintiff [ ] Defendant [ ] U.S. Attorney

QUESTIONS MAY BE ADDRESSED TO:

John E. Bulman, Esquire
Laura J. Bottaro, Esquire
Little Medeiros Kinder Bulman & Whitney,
72 Pine Street, Providence, RI 02903
(401) 272-8

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

*If not applicable, enter "none".

**UNITED STATES DISTRICT COURT**
**District of Rhode Island**
**Docket/Case No: CA06151T**

I hereby certify and return that today, October 5, 2006, at 2:14 PM, I summoned the within named witness Keeper of Recc David P. Lynch, President to appear and give testimony (*or produce*) as within directed, by delivering in hand to Leslie Lyr Keeper of Records the Agent in Charge, a true and attested copy of the within United States District Court Subpoena. I als tendered $103.00, (Zero Dollars and Zero Cents), at the time and place of service, being the fee for one days attendance a travel. Said service was effected at: 22 King John Drive, Boxford, MA, 01921.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct. Executed on October 5, 2006.

**Gerald Sewell**, Process Server
& Disinterested Person over Age 18.
**Constable's Office**
16 Pine Street, #10
Lowell, MA, 01851
(978) 454-4635 , (978) 455-1042 Fax

Total Fees: $188.00

Service:$85.00
Witness Fee:$103.00
Total:$188.00

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER(2)**

I declare under penalty of perjury under the laws of the United States of America that the foregoin information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________________
*Date*

____________________
*Signature of Server*

____________________
*Address of Server*

ADDITIONAL INFORMATION

(1) As to who may serve a subpoena and the manner of its service see Rule 17(d), Federal Rules of Criminal Procedure, or Rule 45(c), Federal Rules of Civil Procedure.

(2) "Fees and mileage need not be tendered to the deponent upon service of a subpoena issued on behalf of the United States or an officer or agency thereof (Rule 45(c), Federal Rules of Civil Procedure; Rule 17(d), Federal Rules of Criminal Procedure) or on behalf of certain indigent parties and criminal defendants who are unable to pay such costs (28 USC 1825, Rule 17(b) Federal Rules of Criminal Procedures)".