UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| O. AHLBORG & SONS, INC., Plaintiff | ) | |
| v. | ) | C.A. 06-151T |
| JEFFREY R. SANDERS, DAVID F. SANDERS and RAYMOND J. SANDERS, Defendants | ) | |

**DISMISSAL STIPULATION**

The parties, by their attorneys, hereby stipulate and agree that the above matter may be dismissed, with prejudice.

O. Ahlborg & Sons, Inc.

By its Attorneys,

/s/ John E. Bulman, Esq.

John E. Bulman (#3355)
Laura J. Bottaro (#7390)
Little, Medeiros, Kinder, Bulman
& Whitney, PC
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080
Fax: (401) 521-3555
jbulman@lmkbw.com
lbottaro@lmkbw.com

Date: 10/15/07________

Jeffrey R. Sanders, David F. Sanders and Raymond J. Sanders

By their attorneys,

/s/ Joseph J. Reale, Jr., Esq.

Joseph J. Reale, Jt., Esq. (#3158)
Joseph J. Reale, Jr., Ltd.
30 Kennedy Plaza, Suite 400
Providence, RI 02903
Tel: (401) 453-9900
Fax: (401) 453-9917
reale@conversent.net

Date: 10/15/07_________

F:\JOHN\AHLBORG\R.J. Sanders\Dismissal Stipulation CA06-151.doc